

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Brandy Lashay Cooks, Appellant

No. 06-12-00149-CR          v.

The State of Texas, Appellee

Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 12F-488-202).  Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment to provide that Cooks pled not guilty, that Cooks was convicted by a jury, and that the jury assessed punishment.  As modified, the judgment of the trial court is affirmed.

We note that the appellant, Brandy Lashay Cooks, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JUNE 5, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk